1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

| VERNON R. DeMOIS, JR., Individually and On Behalf of All Others Similarly Situated, | ) ) | Case No.:  3:12-cv-03196-MMC |
|---|---|---|
| Plaintiff, | ) ) ) | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | ) ) ) | |
| FACEBOOK, INC., et al., | ) ) | |
| Defendants. | ) ) ) ) | |

18

        Charles S. Duggan, whose business address and telephone number is

19

        Charles S. Duggan
        DAVIS POLK & WARDWELL LLP
        450 Lexington Avenue
        New York, New York 10017

        Telephone: (212) 450-4000

and who is an active member in good standing of the bar of the United States District Court for the

Southern District of New York, having applied in the above-entitled action for admission to

practice in the Northern District of California on a *pro hac vice* basis, representing Defendant

Morgan Stanley & Co. LLC.

28

[PROPOSED] ORDER GRANTING APPLICATION FOR
 ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:12-cv-03196-MMC

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

3  *vice.*  Service of papers upon and communication with co-counsel designated in the application will

4  constitute notice to the party. All future filings in this action are subject to the requirements

5  contained in General Order No. 45, *Electronic Case Filing.*

6

7  Dated:  July 26, 2012

8                                                  The Honorable Maxine M. Chesney

9                                                  United States District Judge

10

2